Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**MELODY M.,**

              Plaintiff,

      vs.

Commissioner of Social Security
Administration,

              Defendant.

Civil No. 6:24-cv-00785-CL

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

---

After considering the Stipulated Motion of the parties submitted herein, this order

hereby grants that Commissioner shall pay the sum of $14,000.00 in attorney fees upon

verification that Plaintiff has no debt to the government which qualifies for offset against

the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521,

2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has

outstanding federal debts") for full settlement of all claims for fees under EAJA. Costs for court

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

filing-fees shall be awarded to Plaintiff's attorney in the sum of $402.00 pursuant to 28 U.S.C. §1920.

If Plaintiff has no outstanding federal debt, payment of $14,000.00 in attorney fees plus $402.00 reimbursement of Court filing-fees shall be made either by Electronic Fund Transfer ("ETF") to Plaintiff's attorney Drew L. Johnson, P.C. or by check mailed to their office. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office.

IT IS SO ORDERED this ___24___ day of March, 2025

MARK D. CLARKE
United States Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Drew L. Johnson, P.C.
       Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA